# United States District Court
## Violation Notice

CVB Location Code: MD-87

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7236330 | JOHNSON | 55 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 07/05/2017 1:52 AM | MTA-21-801.1 |

Place of Offense: KING GEORGE ST USNA

Offense Description: Factual Basis for Charge
EXCEEDING MAX SPEED BY 20-29 MPH (52 MPH IN 25 MPH ZONE)

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| KOUMOUDIS | GEORGE | A |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 6CY2862 | MD | 17 | AUDI | 2S | GRAY |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 160 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 190 Total Collateral Due

### YOUR COURT DATE

Court Address: ALUMNI HALL USNA
Date: TBA
Time: TBA

X Defendant Signature: [signed]

---

## STATEMENT OF PROBABLE CAUSE

I state that on 5 JULY, 2017 while exercising my duties as a law enforcement officer in the EASTERN District of MARYLAND

I OBSERVED A GRAY IN COLOR AUDI TRAVELING NORTH ON KING GEORGE ST SPEEDING 52 MPH IN A 25 MPH ZONE. VERIFIED BY CUSTOM FALCON HR RADAR # FA04632 CALIBRATED WITH A 35 MPH TUNING FORK # 49486 AND 65 MPH TUNING FORK # 46111.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/05/2017   [signature]
Probable cause has been stated for the issuance of a warrant.
Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN JUL 19, 2017 09:20