

6540 Holabird Avenue • Baltimore, Maryland 21224 • Phone: 410-631-0105• Fax: 410-631-0107 • Email: sgkcontracting@me.com

October 17, 2017

Sent via email to: mdd_gbtickets@mdd.uscourts.gov

United States District Court
CVB Section
6500 Cherrywood Lane, Suite 200
Greenbelt, Maryland 20770

**RE: Violation No. 7236330-George Koumoudis Request to Reschedule Hearing**

To Whom It May Concern:

I would like to formally request that this hearing be rescheduled until after November 20, 2017. I was informed yesterday that I am required to travel out of the country on a business matter that needs my personal attention. I will be returning in state on November 19, 2017.

You consideration in this matter is greatly appreciated.

Regards,

George Koumoudis